IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN PASSMORE, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:10-cv-158-SJM-SPB |
| ) | |
| v. ) | |
| ) | |
| JEFFREY BEARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Plaintiff's Motion for Emergency Transfer, Preliminary Injunction and/or TRO in this civil rights action was received by the Clerk of Court on June 28, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, entered orally on the record during a motion hearing held on October 27, 2010, recommends that the Plaintiff's document styled "Motion For Consideration In Conjunction With TRO/INJUNCTION Already Filed For Immediate Emergency Transfer Due To The Addition of C/O Straziser Threatening Plaintiff" [5] be denied. Plaintiff's objections [13] were filed on November 8, 2010. After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 15th Day of December, 2010;

IT IS ORDERED that the document styled "Motion For Consideration In Conjunction With TRO/INJUNCTION Already Filed For Immediate Emergency Transfer Due To The Addition of C/O Straziser Threatening Plaintiff" [5] be, and hereby is, DENIED.

The Report and Recommendation of Magistrate Judge Baxter, verbally entered on the record on October 27, 2010 [14], is adopted as the opinion of this Court.

           s/    <u>Sean J. McLaughlin</u>
                SEAN J. McLAUGHLIN
                United States District Judge

cm:    All parties of record
        U.S. Magistrate Judge Susan Paradise Baxter